IVAN V. KLOCHKOV, Appellant, *v.* PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK, Respondent.

(Argued January 22, 1935; decided February 26, 1935.)

*Borris M. Komar* for appellant.

*Paul C. Whipp* and *Lounsbury D. Bates* for respondent.

Judgment affirmed, with costs, on authority of *Dougherty* v. *Equitable Life Assurance Society of United States* (266 N. Y. 71). No opinion. (See 266 N. Y. 667.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.